Filed 6/17/22  P. v. Miaga CA6

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>PAULJAN MICHAEL MIAGA,<br><br>    Defendant and Appellant. | H049219<br>(Santa Clara County<br>Super. Ct. No. C1919958) |

We resolve this case by memorandum opinion pursuant to California Standards of Judicial Administration, Title 8, Standard 8.1.  (See also *People v. Garcia* (2002) 97 Cal.App.4th 847, 853–855.)

In December 2020, defendant pleaded no contest to a single-count felony complaint alleging a violation of Penal Code section 311.11, subdivision (c)(1).  The complaint alleged defendant possessed more than 600 images of child pornography, at least 10 of which contained a prepubescent minor or a minor who had not attained 12 years of age.  In April 2021, the trial court suspended imposition of sentence and placed defendant on formal probation for three years.  The conditions of probation included serving 12 months in county jail and completing an approved sex offender management program.

Defendant's sole argument issue on appeal is that his three-year probation term is unauthorized in light of Assembly Bill No. 1950 (2020 Reg. Sess.), which took effect on January 1, 2021.  (Stats. 2020, ch. 328, § 2.)  The legislation reduced to two years the

maximum probation term for most felony offenses, including the offense at issue here. (Pen. Code, § 1203.1, subds. (a) & (m); *People v. Quinn* (2021) 59 Cal.App.5th 874, 879–881.)  Defendant asks us to reduce his term of probation to two years, and the Attorney General agrees with the request.  We will modify the order of probation accordingly.  (*Quinn*. at p. 885 [error corrected by appellate court]; *People v. Stewart* (2021) 62 Cal.App.5th 1065, 1079 [same].)  Should either the People or defendant wish to make further requests regarding the term of probation, each may do so to the trial court.

## DISPOSITION

The order of probation is modified to reflect a two-year term of formal probation. As modified, the order is affirmed.

_____

Grover, J.

**WE CONCUR:**


_____

Greenwood, P. J.


_____

Lie, J.


**H049219 - *People v. Miaga***